**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-6882**

———————

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

WILLIAM JUSTIN MARSHALL, a/k/a WJ,

               Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Columbia. Cameron McGowan Currie, Senior District Judge. (3:06-cr-00562-CMC-1)

———————

Submitted: October 18, 2016      Decided: October 21, 2016

———————

Before WILKINSON, KING, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William Justin Marshall, Appellant Pro Se. Jane Barrett Taylor, Assistant United States Attorney, Columbia, South Carolina; Leesa Washington, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Justin Marshall appeals the district court's order dismissing his pro se 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction pursuant to Amendment 782 to the Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Marshall, No. 3:06-cr-00562-CMC-1 (D.S.C. June 14, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED